# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LORRAINE WORMELY
  v.
The South Suburban Council on Alcoholism and Substance Abuse, an Illinois not-for-profit corporation

08CV2612
JUDGE KENNELLY
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lorraine Wormely

FILED
MAY 07 2008  NR
5-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Gregory T. Mitchell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory T. Mitchell | |
| FIRM <br> Law Office of Gregory T. Mitchell, P.C. | |
| STREET ADDRESS <br> 18141 Dixie Highway, Suite 111 | |
| CITY/STATE/ZIP <br> Homewood, Illinois 60430 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6195711 | TELEPHONE NUMBER <br> (708) 799-9325 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |