# EXHIBITS

# EXHIBIT B

# EXHIBIT C