# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:   Agency(ies) Charge No(s):

☐ FEPA
☒ EEOC    440-2007-04648

Illinois Department Of Human Rights    and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lorraine Wormely | (708) 922-0631 | 12-11-1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3743 W. 168th Street, Country Club Hills, IL 60478 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SO. SUBURBAN COUNCIL ON ALCOHOLISM | 101 - 200 | (708) 647-3333 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1909 Cheker Square, East Hazel Crest, IL 60229 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (*Specify below.*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-12-2007    Latest: 04-18-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began employment with Respondent on or about April 17, 2000. My most recent position was Senior Addiction Counselor II. I have a disability of which Respondent is aware. On or about April 3, 2007, I was forced home due to the working conditions exacerbating my medical condition. On or about April 11, 2007, I requested a reasonable accommodation and was denied. On or about April 18, 2007, I received a letter informing me that my employment was terminated.

I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990.

*DEPT OF HUMAN RIGHTS INTAKE UNIT*
*MAR 24 2008*

*RECEIVED EEOC*
*MAY - 1 2007*
*CHICAGO DISTRICT OFFICE*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

4/30/07    *Lorraine Wormely*
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**