EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>2007CN3915<br>440-2007-04648 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Lorraine Wormely | Home Phone (Incl. Area Code)<br>(708) 922-0631 | Date of Birth<br>12-11-1963 |
|---|---|---|

Street Address: 3743 W. 168th Street, Country Club Hills, IL 60478

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>SO. SUBURBAN COUNCIL ON ALCOHOLISM | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(708) 647-3333 |
|---|---|---|

Street Address: 1909 Cheker Square, East Hazel Crest, IL 60229

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-12-2007   Latest: 04-18-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began employment with Respondent on or about April 17, 2000. My most recent position was Senior Addiction Counselor II. I have a disability of which Respondent is aware. On or about April 3, 2007, I was forced home due to the working conditions exacerbating my medical condition. On or about April 11, 2007, I requested a reasonable accommodation and was denied. On or about April 18, 2007, I received a letter informing me that my employment was terminated.

I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990.

EXHIBIT B

DEPT OF HUMAN RIGHTS INTAKE UNIT MAR 2 4 2008
RECEIVED EEOC MAY - 1 2007 CHICAGO DISTRICT OFFICE
DEPT OF HUMAN RIGHTS INTAKE UNIT MAY 0 7 2008 RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4/30/07   Charging Party Signature: Lorraine Wormely

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

OFFICIAL SEAL
PAUL McCOTTER
Notary Public - State of Illinois
My Commission Expires Sep 30, 20

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*
Paul McCotter 5/5/2008

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lorraine Wormely<br>3743 W. 168th Street<br>Country Club Hills, IL 60478 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0014 4053 8290

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-04648 | Donald Marvin,<br>Investigator | (312) 353-8198 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____John P. Rowe_____     2-8-08
John P. Rowe,              (Date Mailed)
District Director

Enclosures(s)

cc: **SOUTH SUBURBAN COUNCIL ON ALCOHOLISM**

EXHIBIT C