AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 23, 2008 |
| NAME OF SERVER (PRINT) Christina Reed | TITLE Court appointed special process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: __Norma Jones__

☐ Returned unexecuted: _____

☐ Other (specify): Upon arriving at the council office I asked for MK Jonduskey he was not in. I just call him on the phone he instructed her to accept papers. I served Ms Norma Jones

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1.3 miles | | $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 23-2008__    _____
                Date                     Signature of Server

__15715 S. Minerva Ave.__
__Dolton, IL 60419__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.