# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2612 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Wormerly vs. South Suburban Council | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with defendant's attorney appearing. Plaintiff's attorney is on trial. Status hearing continued to 7/29/2008 at 9:00 AM. Defendant's attorney is directed to notify plaintiff's attorney of the new date. The parties are directed to comply with Judge Kennelly's standing initial order.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|