IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORRAINE WORMELY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>THE SOUTH SUBURBAN COUNCIL  )<br>ON ALCOHOLISM AND SUBSTANCE  )<br>ABUSE, an Illinois not-for-profit  )<br>corporation,  )<br>  )<br>    Defendant.  ) | Case No. 08 CV 2612<br>Judge Kennelly<br>Magistrate Judge Cole |

## NOTICE OF FILING

To:    Gregory T. Mitchell
        Law Office of Gregory T. Mitchell, P.C.
        18141 Dixie Highway, Suite 111
        Homewood, Illinois 60430

        PLEASE TAKE NOTICE that on this 8th day of July, 2008, we filed **Defendant's Answer to Complaint,** in the above-captioned matter, a copy of which is attached hereto and served upon you.

                                                        /s/ Howard C. Jablecki
                                                            Attorney for Defendant

Howard C. Jablecki
Lance C. Malina
Michael J. Duggan
KLEIN, THORPE & JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400
ARDC #: 6291655

iManage:216102_1

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## PROOF OF SERVICE

I, Howard C. Jablecki, an attorney, certify that on July 8, 2008, I electronically filed with the Clerk of the Court Defendant's Answer to Complaint using the CM/ECF system which will send notification of such filing to the following:

    Gregory T. Mitchell
    Law Office of Gregory T. Mitchell, P.C.

                                        /s/ Howard C. Jablecki

Howard C. Jablecki
Lance C. Malina
Michael J. Duggan
KLEIN, THORPE & JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400
ARDC #: 6291655