**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lorraine Wormely

                                                      Plaintiff,

v.                                                                Case No.:
                                                                1:08−cv−02612
                                                                Honorable Matthew
                                                                F. Kennelly

The South Suburban Council on Alcoholism and
Substance Abuse

                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held. Settlement does not appear to be possible at this time. Status hearing continued to 10/30/2008 at 09:00 AM., with attorneys by telephone. Parties are to initiated the call to chambers. Deadline for amending pleadings and adding parties is 11/26/2008. All discovery ordered closed 2/2/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.